UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

SHIRLEY REED,

      Plaintiff,

v.                                          Case No: 3:13-cv-25-J-39JRK

JOHN H. RUTHERFORD, Sheriff,
DENNIS BLANKINCHIP, Detective,
MICHAEL SANDERS, Detective, D. R.
DANIELS, Chief of Professional
Standards, C. J. COWAN, Lt., Internal
Affairs, ANDREA M. SMITH, Chief,
Internal Affairs, LT. GRANT,
Commander for Supervisory Review,
STEVE H. MULLEN, Lt., Commander for
Supervisory Review, M. D. BRUNO, Lt.,
Internal Affairs, M. D. EASON, Lt.,
Internal Affairs, LOLITA M. SMITH,
Internal Affairs, S. G. GALLAHER, Lt.,
and STEVE A. ZONA, Internal Affairs,

      Defendants.
_____/

## ORDER

**THIS CAUSE** is before the Court on the Magistrate Judge's Report and Recommendation (Doc. 17) recommending that Plaintiff's Complaint be dismissed for failure to state a claim and lack of jurisdiction. Plaintiff has been furnished with a copy of the Report and Recommendation and has been afforded an opportunity to file objections. However, to date, no objections have been filed.

Accordingly, upon independent review of the file and for the reasons stated in the Report and Recommendation issued by the Magistrate Judge (Doc. 17), it is hereby

**ORDERED AND ADJUDGED:**

- 2 -

1. The Magistrate Judge's Report and Recommendation (Doc. 17) is **ADOPTED** as the opinion of the Court.

2. Plaintiff's requests to proceed *in forma pauperis* contained in the Affidavits of Indigency (Docs. 2 and 16) are **DENIED**.

3. This action is dismissed without prejudice to Plaintiff paying the filing fee to maintain the prosecution of this suit no later than **February 17, 2014**. The Clerk shall close the file now, subject to reopening if Plaintiff pays the filing fee by the February 17, 2014 deadline.

**DONE** and **ORDERED** in Jacksonville, Florida this 29th day of January, 2014.

BRIAN J. DAVIS
UNITED STATES DISTRICT JUDGE

mh
Copies furnished to:

Honorable James R. Klindt
United States Magistrate Judge

*Pro Se* Plaintiff